FRANKS *v.* BURNS.

APPEAL—FRAUDULENT TRANSFER OF STOCK—FINDINGS OF FACT.
Upon a review of the evidence, a decree declaring a certain transfer of corporate stock to have been made in fraud of the creditors of the assignor was affirmed.

Appeal from Muskegon; Russell, J. Submitted June 17, 1896. Decided July 8, 1896.

Judgment creditor's bill by William Franks against David Burns, Julia A. Burns, and the Lakeside Iron Company. From a decree from complainant, defendant Julia A. Burns appeals. Affirmed.

*Bunker & Carpenter*, for complainant.
*Smith, Nims, Hoyt & Erwin*, for appellant.

HOOKER, J. This case turns on a question of fact. The complainant is a judgment creditor of David Burns, and, execution being returned unsatisfied, the bill in this case was filed to subject to the execution so much of 200 shares of corporate stock, standing on the books of the company in the name of Julia Burns, wife of David Burns, as may be necessary to pay his judgment. The proof shows that Julia Burns furnished a sum of money that was put into the business, and upon which 200 shares of stock (not fully paid up) were issued to David Burns. It is as satisfactorily shown that subsequent payments were largely made by David Burns, and the learned circuit judge who heard the cause reached the conclusion that the transfer to the wife was fraudulent, and he held that 99 shares of the stock should be subjected to the execution.

We see no reason for reaching a different result, and the decree is affirmed, with costs.

The other Justices concurred.